IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                  CRIMINAL NO. 1:19-CR-00304-2

RANDALL LEE PEGGS,
a.k.a. RANDY PEGGS

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to continue trial, filed July 1, 2020.  (ECF No. 35.)  Counsel for defendant states that the parties have reached a preliminary agreement on resolving this matter without a trial, and are in the process of ironing out the fine details so a signed plea agreement may be tendered to the court.  Defendant requests more time to conclude the plea negotiations, and also states that the government does not oppose the motion.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

I. Proposed Jury Instructions, Proposed Voir Dire, and Proposed Witness Lists are due to the court by **August 11, 2020;**

II. Trial of this action is continued until **August 18, 2020, at 9:30 a.m. in Bluefield;**

III. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 1st day of July, 2020.

        **ENTER:**

        *David A. Faber*
        David A. Faber
        Senior United States District Judge